# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| MARVELLOUS A. GREENE, SR.,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS; et al.,<br><br>Defendants - Appellees. | No. 06-15272<br>D.C. No. CV-04-02383-DAD<br><br>**ORDER**<br><br>FILED<br>MAY 2 6 2006<br>U.S. DISTRICT COURT<br>DISTRICT OF CALIFO... |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✓]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 5/26/06